# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REBECCA S. MCGOWEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:22-cv-01616 JLH |
| | ) |
| ACTS RETIREMENT-LIFE | ) |
| COMMUNITIES, INC D/B/A | ) |
| COKESBURY VILLAGE | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, through the undersigned counsel, that this action was resolved by the parties and dismissed in its entirety, with prejudice.

**The Poliquin Firm, LLC.**

/s/ *Ronald G. Poliquin*
Ronald G. Poliquin, Esq. (DE#4447)
1475 S. Governors Ave.
Dover, Delaware 19904
(302) 702-5501
ron@gmail.com
*Attorney for Plaintiff*

**Buchanan Ingersoll & Rooney PC**

*/s/ Jared L. Pickell*
Geoffrey G. Grivner (DE #4711)
Kody Macgyver Sparks (DE #6464)
Jared L. Pickell (Pro Hac Vice)
500 Delaware Avenue, Ste 720
Wilmington, DE 19801
(302) 552-4200
*Attorneys for Defendant*

Date: March 6, 2024

**SO ORDERED** this __6th__ day of _____March_____, 2024.

_____
The Honorable Jennifer L. Hall
United States District Judge